***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted May 9, conviction on Count 1 reversed, remanded for resentencing,
otherwise affirmed June 22, petition for review denied November 2, 2023
(371 Or 511)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TREMAIN THIEL DUCKER,
*Defendant-Appellant.*

Lane County Circuit Court
20CR51020; A176594

Kamala H. Shugar, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Mark Kimbrell, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

KAMINS, J.

Conviction on Count 1 reversed; remanded for resentencing; otherwise affirmed.

**KAMINS, J.**

Defendant appeals from a judgment of conviction for unlawfully purchasing a firearm, ORS 166.425 (Count 1), and providing false information in connection with a transfer of a firearm, ORS 166.416 (Count 2), raising two assignments of error. Regarding her first assignment of error, defendant asserts that the trial court erred in denying her motion for judgment of acquittal on Count 1. On appeal, the state concedes that the record lacked evidence that defendant knew that state law prohibited her from purchasing a firearm. We accept that concession. In her second assignment of error, defendant contends that the trial court erred by denying her motion for judgment of acquittal on Count 2. We reject that argument because the record contained sufficient evidence for a rational trier of fact to conclude that defendant made false statements in an attempt to purchase a firearm in violation of ORS 166.416.

Conviction on Count 1 reversed; remanded for resentencing; otherwise affirmed.